1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant DANNETTE MARIE TANNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 4 14 70502 MAG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING STATUS |
| vs. | ) | CONFERENCE |
| DANNETTE MARIE TANNER, | ) | |
| Defendant. | ) | |

Dannette Marie Tanner appeared before this Court on 9 April 2014 in connection with Rule 5 proceedings originating in the District of Montana. The Court released Ms Tanner on a $50,000 personal recognizance bond and scheduled a status conference for 18 April 2014 to discuss potential resolution of this case under Fed. R. Crim. P. 20. Unbeknownst to Ms Tanner or the parties, however, the Alameda County Superior Court had issued a bench warrant for Ms Tanner's arrest, and she was taken into custody by local law enforcement officials without having been released.

Defense counsel has learned that the state court matter above-referred will resolve with a modification to the terms of Ms Tanner's probation and that the case for which the bench warrant was issued will be dismissed. Ms Tanner will be required to remain in custody until 21

STIP/ORDER                                1

April, when the District Attorney plans to move for dismissal.

Because Ms Tanner will be unable to attend the 18 April status conference, IT IS STIPULATED AND AGREED that the status conference in this matter be continued to 23 April 2014.

Dated: 15 April 2014

/s/
_____
MANISH KUMAR
Assistant United States Attorney

Dated: 15 April 2014

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that the status conference in this matter be continued to 23 April 2014.

Dated: April 17, 2014

_Kandis Westmore_
_____
KANDIS A. WESTMORE
United States Magistrate Judge

STIP/ORDER                              2