1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MANISH KUMAR (CABN 269493)
   Special Assistant United States Attorney
5  1301 Clay Street, Suite 340S
   Oakland, California 94612
6  Telephone: (510) 637-3680
   FAX: (510) 637-3724
7  manish.kumar2@usdoj.gov

8  Attorneys for United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,            ) CASE NO. CR 4:14-70502 MAG
14                                      )
          Plaintiff,                    ) **STIPULATION AND [PROPOSED] ORDER
15                                      ) CONTINUING STATUS CONFERENCE AND
       v.                               ) EXCLUDING TIME UNDER SPEEDY TRIAL
16                                      ) ACT**
   DANNETTE MARIE TANNER,               )
17                                      )
          Defendant.                    )
18                                      )

19        The defendant was indicted by a grand jury in the District of Montana and initially appeared

20 before this Court pursuant to Fed. R. Crim. P. 5 on April 9, 2014.  The Court released the defendant on a

21 $50,000 personal recognizance bond.  A status hearing regarding Rule 20 proceedings is currently

22 scheduled before this Court for April 30, 2014 at 9:30 a.m.  The parties now jointly request that this

23 matter be continued to May 21, 2014.  The purpose of this request is to allow sufficient time for the

24 parties to negotiate a resolution in anticipation of a transfer of the case to this district pursuant to Fed. R.

25 Crim. P. 20.  The defense requires time to review the discovery recently provided by the government in

26 furtherance of plea negotiations, and the U.S. Attorney's Offices in both districts need to coordinate on

27 arrangements to transfer the prosecution of this matter.

28        The parties further request that time between April 30, 2014 and May 21, 2014 be excluded from

STIP. REQ. AND PROP. ORDER
No. CR 4:14-70502 MAG

computation under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), for delay attributable to the transfer proceedings and for effective preparation of counsel. 18 U.S.C. § 3161(h)(1)(E), (7)(A), and (B)(iv).

IT SO STIPULATED.

DATED: April 29, 2014             /s/ JEROME E. MATTHEWS
                                  Counsel for Defendant

DATED: April 29, 2014             /s/ MANISH KUMAR
                                  Special Assistant U.S. Attorney

**ORDER**

1. Good cause appearing therefor, the status conference in this matter is continued to May 21, 2014, at 9:30 a.m.

2. The ends of justice served by excluding the period from April 30, 2014 to May 21, 2014, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(c)(1) and (h)(7)(A). Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This period is also excludable due to delay attributable to transfer proceedings. 18 U.S.C. § 3161(h)(1)(E).

IT SO ORDERED.

DATED: 4/29/14                    _____
                                  HONORABLE DONNA M. RYU
                                  UNITED STATES MAGISTRATE JUDGE